IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK ANTHONY BAIAMONTE (#101123),   *

    Plaintiff   *

v.   *   C.A. 02-3567

JAMES JANECKA, Warden of the George W. Hill *
Correctional Facility, et al.
    *
    Defendants
    *

\* \* \* \* \* \*\*\* \* \* \* \* \*

## MOTION AND ORDER
## FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, Assistant Attorney General Julia M. Andrew moves for admission *pro hac vice* to represent Defendants Catherine D. Dryden, Commissioner of the District Court of Maryland in District 2 (Wicomico County, Maryland), and Davis R. Ruark, State's Attorney of Wicomico County, Maryland in this matter.

Signed:_____
JULIA M. ANDREW
Assistant Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-7292

Date: September 19, 2002

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____

United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: September 19, 2002         Signed:_____
                                 JULIA M. ANDREW
                                 Assistant Attorney General
                                 200 Saint Paul Place
                                 Baltimore, Maryland 21202
                                 (410) 576-7292

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2002, a copy of the foregoing Motion for Pro Hac Vice Admission was mailed, postage prepaid, to Mark Anthony Baiamonte (#101123), Allegheny County Jail, 950 2nd Avenue, Pittsburg, Pennsylvania 15219, Plaintiff pro se.

_____
JULIA M. ANDREW,
Assistant Attorney General