UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Baiamonte, Mark Anthony** | : | Civil Action |
| Plaintiff | : | #02-CV-3567 |
| | : | |
| vs. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **James Janecka, Davis R. Ruark, Matthew** | : | |
| **E. Brown, George W. Hill Correctional** | : | |
| **Facility, Office of the District Attorney of** | : | |
| **Delaware County, Jane & John Doe's,** | : | |
| **C. D. Drydon and Food Lion** | : | |
| Defendants | | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURTS:**

Kindly enter my appearance as counsel for Defendant, Office of the District Attorney of Delaware County, only, in the above-captioned matter. A jury trial of twelve (12) members is demanded.

**Respectfully Submitted,**

**HOLSTEN & ASSOCIATES**


BY: _____
**ROBERT P. DIDOMENICIS, ESQUIRE**
**Attorney for Defendant**
**Office of the District Attorney of**
**Delaware County**

**Date:**_____