IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK ANTHONY BAIAMONTE           :       CIVIL ACTION
                                 :
        v.                       :
                                 :
JAMES JANECKA, et al.            :       NO. 02-3567

O R D E R

AND NOW, this       day of    November, 2002, it is Ordered that the **CONFERENCE** scheduled for **Monday, November 18, 2002** at 4:15 p.m is **CANCELED**.

ATTEST:                               or    BY THE COURT

BY:_____               _____
     Deputy Clerk                         Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Robert P. Didomenicis, Esq. (via fax: 610-566-9168)
Julia M. Andrew, Esq. (via fax: 410-576-6393)
Marco P. Diflorio, Esq. (via fax: 856-596-6164)