**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK ANTONY BAIAMONTE | 2:02-CV-03567 |
| v. | |
| MATTHEW E. BROWN and<br>JAMES JANECKA and<br>DAVIS R. RUARK and<br>FOOD LION and<br>JANE DOES and JOHN DOES and<br>GEORGE W. HILL CORRECTIONAL FACILITY,<br>and OFFICE OF THE DISTRICT ATTORNEY,<br>DELAWARE COUNTY, PENNSYLVANIA | |

**LIMITED ENTRY OF APPEARANCE**
**FOR THE PURPOSE OF MAKING RULE 12(B) MOTIONS**

Kindly enter our limited appearance on behalf of Defendant, Officer Matthew E. Brown,

for the purpose of making Rule 12(b) motions.

Respectfully submitted,

MARGOLIS EDELSTEIN

By: _____
      Carl J. DiCampli, Esquire
      Christopher J. Pakuris, Esquire

      The Curtis Center, Fourth Floor
      Independence Square West
      Philadelphia, PA  19106-3304
      (215) 922-1100

      Attorney for Defendant,
      Matthew E. Brown