| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE | : | |
| | : | |
| | : | |
| | : | |
| v. | : | 02-CV-3567 |
| | : | |
| | : | |
| | : | |
| | : | |
| JAMES JANECKA, et. al. | : | |

## ORDER

**AND NOW**, this ____ day of April 2003, it is **ORDERED** that the motions of the plaintiff (Docket entries #17 and #19) to deny the motions of defendants Dryden and Ruark are **DENIED AS MOOT**. It is **FURTHER ORDERED** that the plaintiff's motions (Docket Entries #27 and #28) to deny the motions to dismiss of the defendants the Office of the District Attorney of Delaware County and Food Lion Grocery Store are **DENIED AS MOOT**.

_____

ANITA B. BRODY, J.

Copies **FAXED** on _____ to:      Copies **MAILED** on _____ to: