| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE | : | |
| | : | |
| | : | |
| | : | |
| v. | : | 02-CV-3567 |
| | : | |
| | : | |
| | : | |
| | : | |
| JAMES JANECKA, et. al. | : | |

## **ORDER**

     **AND NOW**, this _____ day of April 2003, it is **ORDERED** that the motion of the defendants James Janecka and the George W. Hill Correctional Facility (Docket Entry # 26) is **DENIED**.

                                                                                                     _____

                                                                                                    ANITA B. BRODY, J.

Copies **FAXED** on _____ to:     Copies **MAILED** on _____ to: