| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | 02-CV-3567 |
| | : | |
| | : | |
| | : | |
| | : | |
| JAMES JANECKA, et. al. | : | |

## ORDER

**AND NOW**, this _____ day of May 2003, it is **ORDERED** that the defendants Davis R. Ruark, Matthew E. Brown and C.D. Drydon shall file an Answer to the Complaint of the plaintiff on or before June 24, 2003.

_____

ANITA B. BRODY, J.

Copies **FAXED** on _____ to:      Copies **MAILED** on _____ to: