IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ANTHONY BAIAMONTE (#101123), | * |
| Plaintiff, | * |
| v. | *   C.A. 02-3567 |
| JAMES JANECKA, Warden of the George W. Hill Correctional Facility, et al. | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \*

## MOTION AND ORDER
## FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, <u>Assistant Attorney General Kathleen J. Masterton</u> moves for admission *pro hac vice* to represent <u>Defendants Catherine D. Dryden, Commissioner of the District Court of Maryland in District 2 (Wicomico County, Maryland), and Davis R. Ruark, State's Attorney of Wicomico County, Maryland</u> in this matter.

Signed: _____
KATHLEEN J. MASTERTON
Assistant Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-7293

Date: <u>June 16, 2003</u>

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
United States Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5; I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: June 16, 2003             Signed: _____
                                KATHLEEN J. MASTERTON
                                Assistant Attorney General
                                200 Saint Paul Place
                                Baltimore, Maryland 21202
                                (410) 576-7293