IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE (#101123), | * | |
| Plaintiff | * | |
| v. | * | C.A. 02-3567 |
| JAMES JANECKA, Warden of the George W. Hill Correctional Facility, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \*\*\* \* \* \* \* \*

### MOTION TO SUBSTITUTE COUNSEL

Defendants Catherine D. Dryden, Commissioner of the District Court of Maryland in District 2 (Wicomico County, Maryland), and Davis R. Ruark, State's Attorney of Wicomico County, Maryland (hereafter, "State Defendants"), by undersigned counsel, J. Joseph Curran, Jr., Attorney General of Maryland, and Kathleen J. Masterton, Assistant Attorney General, respectfully move for the substitution of counsel in the above-styled case, and for reasons state:

1. Assistant Attorney General Julia Andrew is the attorney of record for the State Defendants, having represented them in the motion proceedings to date in this matter. Ms. Andrew has retired from the Office of the Attorney General.

2. Assistant Attorney General Kathleen J. Masterton has been assigned by the Office of the Attorney General to handle this case. Filed concurrently with the instant motion is her motion for admission pro hac vice.

WHEREFORE, the State Defendants respectfully request that Julia Andrew be removed from the records of the court and the parties as the attorney of record, and that Kathleen J. Masterton be substituted in her place.

                                                Respectfully submitted,

                                                J. JOSEPH CURRAN, JR.
                                                Attorney General of Maryland

                                                _____
                                                KATHLEEN J. MASTERTON
                                                Assistant Attorney General
                                                200 St. Paul Place
                                                Baltimore, Maryland  21202
                                                (410) 576-7293

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this ____ day of June, 2003, a copy of the foregoing Motion was mailed, postage prepaid, to:

Mark Anthony Baiamonte (#101123),
Allegheny County Jail,
950 2nd Avenue, Pittsburg,
Pennsylvania 15219-3100

Carl J. DiCampli, Esquire
Christopher J. Pakuris, Esquire
Margolis, Edelstein
The Curtis Center, Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304

Marco P. DiFlorio, Esquire
Rawle & Henderson, LLP
Ten Lake Ctr Executive Park, Suite 204
401 Rte 73 North
Marlton, NJ 08053

Christopher R. Mattox, Esquire
Diorio & Sereni, LLP
Front & Plum Streets
P.O. Box 1789
Media, PA 19063

Robert P. DiDomenicis, Esquire
Holsten & Associates
One Olive Street
Media, PA 19063

                                                _____
                                              KATHLEEN J. MASTERTON
                                                Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ANTHONY BAIAMONTE (#101123), | * |
| Plaintiff | * |
| v. | *   C.A. 02-3567 |
| JAMES JANECKA, Warden of the George W. Hill Correctional Facility, et al. | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*\*\*   \*   \*   \*   \*   \*

**ORDER**

The court, having considered the Motion to Substitute Counsel on behalf of defendants Dryden and Ruark, and the Motion for Admission Pro Hac Vice of Kathleen J. Masterton, and good cause being shown, it is this _____ day of _____, 2003, ORDERED, that both Motions be, and they hereby are, GRANTED.

_____

Judge