IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK ANTHONY BAIAMONTE (#101123),   *

    Plaintiff,   *

v.   *   C.A. 02-3567

JAMES JANECKA, Warden of the George W.   *
  Hill Correctional Facility, et al.
    *
    Defendants.
    *

    *   *   *   *   *

**ORDER**

AND NOW, this _____ day of _____, 2003, IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted. Assistant Attorney General Kathleen J. Masterton, of the Maryland Office of the Attorney General, 200 St. Paul Place, 19th Floor, Baltimore, MD 21202, telephone 410-576-7293, is granted leave to actively participate in all proceedings in this action on behalf of Defendants Catherine D. Dryden, Commissioner of the District Court of Maryland in District 2 (Wicomico County, Maryland), and Davis R. Ruark, State's Attorney of Wicomico County, Maryland.

                      BY THE COURT:

                      _____
                                   J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK ANTHONY BAIAMONTE (#101123), *

    Plaintiff, *

v.   *   C.A. 02-3567

JAMES JANECKA, Warden of the George W. *
  Hill Correctional Facility, et al.
      *
    Defendants.
      *

\*   \*   \*   \*   \*

**MOTION AND ORDER
FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.5.2 and the attached certification, the undersigned respectfully move for admission *pro hac vice* of Assistant Attorney General Kathleen J. Masterton, of the Maryland Office of the Attorney General, 200 St. Paul Place, 19th Floor, Baltimore, MD 21202, telephone 410-576-7293, to represent Defendants Catherine D. Dryden, Commissioner of the District Court of Maryland in District 2 (Wicomico County, Maryland), and Davis R. Ruark, State's Attorney of Wicomico County, Maryland in the above styled case only. John O. J. Shellenberger, a Deputy Attorney General employed by the Pennsylvania Office of Attorney General, and a member of the bar of this Court, will act as associate counsel in this matter upon whom pleadings, motions, notices, and other papers may be served.

 s/ Kathleen J. Masterton
KATHLEEN J. MASTERTON
Assistant Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-7293

 s/ John O. J. Shellenberger
John O.J. Shellenberger
Chief Deputy Attorney General
Identification No. 09714
OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone:  (215) 560-2940

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

I declare under penalty of perjury that the facts stated in the foregoing Motion are true, that I am admitted, practicing and in good standing as a member of the Bar of Maryland and that pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 25, 2003                    Signed: s/ Kathleen J. Masterton
                                       KATHLEEN J. MASTERTON
                                       Assistant Attorney General
                                       200 Saint Paul Place
                                       Baltimore, Maryland 21202
                                       (410) 576-7293

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 25th day of July, 2003, that the foregoing Motion and Order for Pro Hac Vice Admission has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that copies of the foregoing Motion were mailed, postage prepaid, to:

Mark Anthony Baiamonte (#101123),
Allegheny County Jail,
950 2nd Avenue, Pittsburgh,
Pennsylvania 15219-3100

Carl J. DiCampli, Esquire
Christopher J. Pakuris, Esquire
Margolis, Edelstein
The Curtis Center, Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304

Marco P. DiFlorio, Esquire
Rawle & Henderson, LLP
Ten Lake Ctr Executive Park, Suite 204
401 Rte 73 North
Marlton, NJ 08053

Christopher R. Mattox, Esquire
Diorio & Sereni, LLP
Front & Plum Streets
P.O. Box 1789
Media, PA 19063

Robert P. DiDomenicis, Esquire
Holsten & Associates
One Olive Street
Media, PA 19063

                                          s/ Kathleen J. Masterton
                                          KATHLEEN J. MASTERTON
                                          Assistant Attorney General