| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE | : | |
| | : | |
| | : | |
| | : | |
| v. | : | 02-CV-3567 |
| | : | |
| | : | |
| | : | |
| | : | |
| JAMES JANECKA, et. al. | : | |

## ORDER

     **AND NOW**, this _____ day of August 2003 it is **ORDERED** that the motion of the defendant Matthew E. Brown ("Brown") to dismiss the plaintiff's complaint (Docket Entry #32) is **DENIED WITHOUT PREJUDICE** in light of defendant Brown's motion for summary judgment filed on August 19, 2003.

                                                                                    _____

                                                                                    ANITA B. BRODY, J.

Copies **FAXED** on _____ to:     Copies **MAILED** on _____ to: