### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK ANTHONY BAIAMONTE          :
                                :
                                :
                                :
                                :
        v.                      :          02-CV-3567
                                :
                                :
                                :
                                :
JAMES JANECKA, et. al.          :


### ORDER


    **AND NOW**, this        day of              2003, it is **ORDERED** that plaintiff's Motion

for Emergency Relief is **DENIED**.  Plaintiff is **ORDERED** to show cause by December 12,

2003, why defendants' C.D. Drydon and Davis R. Ruark's Motion for Summary Judgment

(Docket #47) and defendant Matthew Brown's Motion for Summary Judgment (Docket #49)

should not be granted because of plaintiff's failure to respond.


                                        _____

                                        ANITA B. BRODY, J.


Copies **FAXED** on _____ to:     Copies **MAILED** on _____ to: