IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mark Anthony Baiamonte, | : | |
| Plaintiff | : | |
| v. | : | NO. 02-3567 |
| James Janecka, et al., | : | |
| Defendants | : | |

**O R D E R**

On June 18, 2003, defendants moved to substitute counsel, requesting that Assistant Attorney General Kathleen J. Masterton replace Assistant Attorney General Julia Andrew as the attorney of record for defendants. On July 29, 2003, Kathleen J. Masterton was admitted to appear pro hac vice in this case and was added to the record.

**AND NOW**, this ____ day of November 2003, Defendants' Motion to Substitute Counsel (Docket #43) is **GRANTED**.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:    Copies **MAILED** on _____ to: