IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE | : | |
| | : | |
| v. | : | 02-CV-3567 |
| | : | |
| JAMES JANECKA, et. al. | : | |

## ORDER

**AND NOW**, this _____ day of January 2004, Defendants C.D. Drydon, Davis Ruark and Matthew Brown are **ORDERED** to forward their motions for summary judgment (Docket #'s 47 and 49) to Plaintiff at his new address:

> Mark Anthony Baiamonte
> Wicomico County Jail
> 411 Namor Mill Road
> Salisbury, MD 21801

Plaintiff is then **ORDERED** to respond to Defendants' motions for summary judgment by March 15, 2004.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:   Copies **MAILED** on _____ to: