IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK A. BAIAMONTE** | : | **NO. 02-3567** |
| | : | |
| v. | : | |
| | : | |
| **JAMES JANECKA et. al** | : | |
| | : | |

## ENTRY OF APPEARANCE

**TO THE OFFICE OF THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Defendants, James Janecka and "George W. Hill Correctional Facility".  A trial by jury is demanded.

Respectfully submitted,

**DIORIO & SERENI, LLP**

Date: February 4, 2004            By: _____
**KATHLEEN E. MAHONEY**
PA I.D. No.: 77878
Front & Plum Streets
P.O. Box 1789
Media, Pa.   19063
(610) 565-5700
Attorneys for Defendants, James Janecka
and George W. Hill Correctional Facility