IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mark Anthony Baiamonte, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 02-3567 |
| | : | |
| | : | |
| James Janecka, et al., | : | |
| | : | |
| Defendants | : | |

**O R D E R**

      Defendants Catherine Drydon and Davis R. Ruark filed a motion for summary judgment on August 8, 2003 (Docket #47).  Defendant Matthew Brown filed a motion for summary judgment on August 19, 2003 (Docket #49).  On November 4, 2003, I ordered plaintiff to show cause by December 12, 2003 why both summary judgment motions should not be granted because of plaintiff's failure to respond (Docket #53).  Plaintiff failed to respond to that order.  However, on December 19, 2003, plaintiff notified the court of his change of address (Docket #55).  On January 29, 2004, out of concern that plaintiff may not have received the summary judgment motions, I ordered defendants to forward their summary judgment motions to plaintiff at his new address, and ordered plaintiff to respond to the motions by March 22, 2004.  Plaintiff has failed to respond to the motions.

**AND NOW**, this _____ day of March 2004, defendants' motions for summary judgment (Docket #47 and Docket #49) are **GRANTED**.  Plaintiff's claims against defendants Catherine Drydon, Davis Ruark and Matthew Brown are **DISMISSED** with prejudice.  Defendant Brown's motion for reconsideration of the court's order of January 22, 2004 (Docket #58) is **DENIED** as moot.  Defendants Drydon and Ruark's motion for reconsideration of the court's order of January 22, 2004 (Docket #59) is also **DENIED** as moot.

                                                ANITA B. BRODY, J.

Copies **FAXED** on _____ to:        Copies **MAILED** on _____ to:

O:\TRICIA\Civil\Baiamonte\baiamonte sj order.wpd