IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE | : | |
| | : | |
| v. | : | 02-CV-3567 |
| | : | |
| JAMES JANECKA, et. al. | : | |

**O R D E R**

**AND NOW**, this _____ day of April, 2004, plaintiff's motion for leave for service of pleadings (Docket #51) is **DENIED** without prejudice to reassert if his requests to the Clerk's Office for reimbursement are denied.

_____

ANITA B. BRODY, J.

Copies **FAXED** on _____ to:   Copies **MAILED** on _____ to:

O:\TRICIA\Civil\Baiamonte\Baiamonte leave for service.wpd