# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Mark Anthony Baiamonte,** | : | **Civil Action** |
| **Plaintiff** | : | **#02-CV-3567** |
| | | |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| | | |
| **James Janecka, Davis R. Ruark, Matthew** | : | |
| **E. Brown, George W. Hill Correctional** | : | |
| **Facility, Office of the District Attorney of** | : | |
| **Delaware County, Jane & John Doe's,** | : | |
| **C. D. Drydon and Food Lion** | : | |
| **Defendants** | | |

## <u>ORDER</u>

  **AND NOW,** this    day of       , 2004, upon consideration of

Defendant's Motion and Plaintiff's response, if any, it is hereby ORDERED and DECREED that

Plaintiff shall have ten (10) days from the date herein in which to file full and complete answers

to Defendant's Interrogatories and a full and complete response to Defendant's Request for

Production; it is further ordered that Defendant's Request for Admissions are deemed admitted.

      BY THE COURT:


      _____

      BRODY, ANITA M.      J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Mark Anthony Baiamonte,** | : | **Civil Action** |
| **Plaintiff** | : | **#02-CV-3567** |
| | | |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| | | |
| **James Janecka, Davis R. Ruark, Matthew** | : | |
| **E. Brown, George W. Hill Correctional** | : | |
| **Facility, Office of the District Attorney of** | : | |
| **Delaware County, Jane & John Doe's,** | : | |
| **C. D. Drydon and Food Lion** | : | |
| **Defendants** | | |

### DEFENDANTS' MOTION TO COMPEL

Defendant herein, the Delaware County District Attorney's Office, by and through its counsel, Robert P. DiDomenicis, Esquire, hereby moves this Court to enter an Order compelling the Plaintiff to respond to discovery and, in support thereof, avers the following:

1.    On February 11, 2004 Moving Defendant served the Plaintiff with Expert Interrogatories, Interrogatories, Request for Production and Request for Admissions. The Plaintiff did not respond within the thirty (30) days required.

2.    On March 26, 2004 Defendant's counsel sent a letter to Plaintiff seeking immediate responses. A copy of said letter is attached hereto, made a part hereof and marked as Exhibit "A".

3.    Subsequently, defense counsel had a conversation with Plaintiff during the week of April 12, 2004 when defense counsel once again requested that Plaintiff immediately respond to this discovery.

4.    Plaintiff has failed to respond by answering or objecting to any of the discovery.

5.    Defendant is entitled to an Order compelling Plaintiff's response.

6.    Further, Defendant is entitled to an Order establishing that the Request for Admissions are deemed admitted.

7.     Copies of the Defendant's discovery requests as set forth above are attached hereto, made a part hereof and marked Exhibit "B", collectively.

WHEREFORE, the Moving Defendant respectfully requests that the Court enter an Order providing relief to the Moving Defendant.

Respectfully submitted,

**HOLSTEN & ASSOCIATES**

**DATE: _____**     **BY:** _____
                                   **ROBERT P. DIDOMENICIS, ESQUIRE**
                                   **Attorney for Defendant Office of the District Attorney of Delaware County**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Mark Anthony Baiamonte,** | : | **Civil Action** |
| **Plaintiff** | : | **#02-CV-3567** |
| | | |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| | | |
| **James Janecka, Davis R. Ruark, Matthew** | : | |
| **E. Brown, George W. Hill Correctional** | : | |
| **Facility, Office of the District Attorney of** | : | |
| **Delaware County, Jane & John Doe's,** | : | |
| **C. D. Drydon and Food Lion** | : | |
| **Defendants** | : | |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL

Pursuant to Federal Rules of Civil Procedure 33 and 34, Plaintiff was required to respond to Defendant's Interrogatories and Defendant's Request for Production within thirty (30) days. Furthermore, Plaintiff has failed to respond to Defendant's Request for Admissions within thirty (30) days and, in accordance with Federal Rule of Civil Procedure 36 said Request are be deemed admitted.

For the above reasons, Moving Defendant respectfully requests that the Court enter an appropriate Order granting relief to the Defendant.

Respectfully submitted,
**HOLSTEN & ASSOCIATES**


BY: _____
**ROBERT P. DiDOMENICIS, ESQUIRE**
**Attorney ID No. 30482**
**One Olive Street**
**Media, PA 19063**
**610-627-2437**
**Attorney for Defendant Office of the District**
**Attorney of Delaware County**

**Date:**

## <u>CERTIFICATE OF SERVICE</u>

**I, Robert P. DiDomenicis, Esquire,** counsel for Defendants Office of the District

Attorney of Delaware County, hereby states that a true and correct copy of the within Motion to

Compel Discovery and Memorandum of Law in Support of same was served via electronically or

via U.S. First Class Mail this __ day of July 2004:

Mark Anthony Baiamonte, *Pro Se*
18 Stratton Avenue
Bordentown, NJ  08505

Kathleen J. Masterton, Esquire
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD  21202-2021

Christopher Pakuris, Esquire
Margolis Edelstein
The Curtis Center – Fourth Floor
Independence Square West
Philadelphia, PA  19106

Kathleen E. Mahoney, Esquire
21 West Front Street
PO Box 1789
Media,  PA  19063

Respectfully submitted,
**HOLSTEN & ASSOCIATES**

BY:    _____
**ROBERT P. DiDOMENICIS, ESQUIRE**
**Attorney ID No.:  30482**
**One Olive Street**
**Media, PA  19063**
**610-627-2437**
**Attorney for Defendants Office of the District**
**Attorney of Delaware County**