IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY BAIAMONTE | : | |
| | : | |
| v. | : | 02-CV-3567 |
| | : | |
| JAMES JANECKA, et. al. | : | |

**ORDER**

**AND NOW**, this _____ day of _____ 2004, plaintiff is **ORDERED** to show cause by August 23, 2004 why defendant Delaware County D.A.'s Office's motion to dismiss (Docket #67) should not be granted.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:      Copies **MAILED** on _____ to:

O:\ABB\Baiamonte osc.wpd